

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

Nos. 04-16-00274-CR & 04-16-00275-CR

Gabriel Barrera **ZAMARRIPA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR5915 & 2014CR5916
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER these appeals DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 1, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle, Clerk